961 F.2d 211
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Nina J. MULLINS, Petitioner,
v.
MOUNTAIN MINING COMPANY; Director, Office of Workers'
Compensation Programs, United States Department of
Labor; Old Republic Insurance Company,
Respondents.
 No. 91-1161.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 13, 1992
Decided: May 6, 1992
 
 Nina J. Mullins, Petitioner Pro Se. Mark Elliott Solomons, Laura Metcoff Klaus, Arter & Hadden, Washington, D.C.; Michael John Denney, C. William Mangum, United States Department of Labor, Washington, D.C., for Respondents.
 Before WIDENER and WILKINS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Nina J. Mullins seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. # 8E8E # 901-945 (West 1986 & Supp. 1991). Our review of the record and the Board's decision and order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. Mullins v. Mountain Mining Co., No. 88-3987-BLA (B.R.B. May 21, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED